UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UAH PROPERTY MANAGEMENT, L.P., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-146 |
| | § § | |
| HOUSING ENTERPRISE INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER REGARDING PROCEDURE FOR MOTION TO WITHDRAW

On February 17, 2020, Mr. Phillip N. Sanov and Pandit Law, counsel for Plaintiffs San Diego Creek Apartments, Ltd., Easterling Village, Ltd., and UAH Property Management, L.P., filed their Motion to Withdraw as Counsel Without Substitution (D.E. 10). The motion is STRICKEN and the Court ORDERS the withdrawing counsel to re-file the motion, satisfying the following procedures in order to represent to the Court that the client has full notice and opportunity to be heard in the matter:

1. If another attorney is to be substituted as attorney for the client, the motion shall state:
   a. The name, address, telephone number, and telecopier number of the attorney substituting in;
   b. That the client approves the substitution; and
   c. That the withdrawal is not sought for delay only.
2. If another attorney is not to be substituted as attorney for that client, the motion shall state:
   a. Whether the client consents to the withdrawal;
   b. That the client, whether or not consenting to the withdrawal, has been notified in writing of the right to object to the motion to withdraw

within ten (10) days of the date the copy of the motion was placed in the mail or delivered in person to the client;

  c. The client's last known address;

  d. A listing of all pending settings and deadlines; and

  e. That a copy of the motion has been delivered to the client and the date said copy was placed in the mail or delivered in person to the client.

3. If the motion is granted, the withdrawing attorney shall immediately notify the client in writing that the motion was granted and advise the client of any additional settings or deadlines of which the attorney has knowledge at the time of the withdrawal and has not already provided to the client.

4. All notices or deliveries to the client shall be made to the client either in person or mailed to the client's last known address by both certified and regular first class mail.

5. The movant shall further comply with all other procedures applicable to motions filed in this Court, including the requirement of a certificate of conference.

ORDERED this 18th day of February, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE